IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LLOYD MARCUS SCHAEFER, | : | |
| Petitioner, | : | |
| v. | | CRIMINAL NO. 09-00163-KD-C |
| | : | CRIMINAL NO. 09-00249-KD-C |
| | | CIVIL ACTION NO. 11-00671-KD |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. 11-00586-KD |
| Respondent. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 30, 2012 is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **DENIED**.

It is further **ORDERED** that, should Petitioner move for a certificate of appealability, it be **DENIED** for the reasons set forth in the Report and Recommendation.

**DONE** and **ORDERED** this the **27th** day of **August 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**